UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-63092-CIV-SINGHAL

SAGARE POWELL,

    Plaintiff,

v.

MARSHALL & GREGORY VIII, LLC,

    Defendant.

_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice ("Motion") (DE [22]), filed on March 4, 2020. The Court has carefully reviewed the Motion, the Settlement Agreement that was submitted, and the record in this case. The Court finds that the terms of the settlement reflect a reasonable compromise of disputed issues, are fair and reasonable, and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), including the award of attorneys' fees to Plaintiff's counsel as the prevailing party. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of FLSA Settlement and Dismissal of Action with Prejudice (DE [22]) is **GRANTED**. The FLSA Settlement Agreement (DE [23-1]) which has been duly filed as a record of the Court, is

**APPROVED** in its entirety. This case is **DISMISSED WITH PREJUDICE**, and any remaining pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the terms of the FLSA Settlement Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of March 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF